IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case: 1:22−mc−00132 |
| | ) | Assigned To : McFadden, Trevor N. |
| RULE 45 SUBPOENA ISSUED to Hue.Ai, LLC, | ) | Assign. Date : 12/15/2022 |
| | ) | Misc. No. Description: Misc. |
| | ) | |
| Regarding the United States District Court for the Western District of Pennsylvania case | ) | (Pending in the United States District Court for the Western District of Pennsylvania, Case No. 2:21-cv-00246-RJC) |
| | ) | |
| EYENAVISION, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | EnChroma, Inc. |
| v. | ) | 2629 Seventh St., |
| | ) | Berkley, CA 94710 |
| ENCHROMA, INC., | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |

**ENCHROMA, INC.'S  MOTION TO COMPEL COMPLIANCE
WITH THIRD-PARTY SUBPOENA**

EnChroma, Inc. ("EnChroma") respectfully moves this Court under Federal Rule of Civil Procedure 45(d)(2)(B)(i) for an order compelling Hue.Ai, LLC to produce all documents responsive to the subpoena *duces tecum* issued by EnChroma in *Eyenavision, Inc. v. EnChroma, Inc.*, U.S. District Court for the Western District of Pennsylvania, No. 2:21-cv-00246-RJC.  This motion is supported by the Memorandum in Support of EnChroma, Inc.'s Motion to Compel Compliance with Subpoena.

1

Dated:  December 29, 2022            AKIN GUMP STRAUSS HAUER & FELD

_____
David C. Vondle
D.C. Bar 9788737
Akin Gump Strauss Hauer & Feld, LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202.887.4000
Fax: 202-887-4288
dvondle@akingump.com

Michael P. Kahn (*PHV to be filed*)
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park, Bank of America Tower
New York, NY 10036
Telephone: 212.872.1000
Fax: 212.872.1002
mkahn@akingump.com

George Rosbrook (*PHV to be filed*)
Akin Gump Strauss Hauer & Feld, LLP
112 E. Pecan St., Suite 1010
San Antonio, TX 78205
Telephone: 210.281.7000
Fax: 210.224.2035
arosbrook@akingump.com

ATTORNEYS FOR ENCHROMA,INC.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of December, 2022, a true and correct copy of the foregoing document was served by mail, via USPS, to 2820 Grovemore Ln., Vienna VA 22180-7070. A copy of the foregoing was also sent to counsel for Hue.Ai on December 29, 2020 by mail, via USPS, to Joseph Konieczny, P.O. Box 670, Plymouth Meeting, PA 19462-0670.

George Rosbrook